```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-19-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VEN-CO PRODUCE, INC.,

                Plaintiff,

- against -

CSX TRANSPORTATION, INC.,

                Defendant.

No. 10-CV-6904 (RJS)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that this action is hereby dismissed with prejudice with each Party to bear its own costs and expenses of suit.

MORGENSTERN & BLUE, LLC

By: _____
Raymond A. Bragar (RB 1780)
885 Third Avenue
New York, NY 10022
Tel: (212) 750-6776
E-mail: bragar@bragarwexler.com

*Attorneys for Plaintiff,*
*Ven-Co Produce, Inc.*


Dated:   New York, New York
          May ___, 2011

**SO ORDERED:**

_____
Hon. Richard J. Sullivan, U.S.D.J.

HOLLAND & KNIGHT LLP

By: _____
Seán C. Sheely
31 West 52nd Street
New York, New York 10019
Tel: (212) 513-3200
E-mail: sean.sheely@hklaw.com

and

Frank Morreale
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202
Tel: (904) 323-2000
Fax: (904) 358-1872
E-mail: frank.morreale@hklaw.com

*Attorneys for Defendant,*
*CSX Transportation, Inc.*

#10340340_v1